FILED

DEC 1 6 2005



MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Romine v. GMAC, et al.*
Case No. A05-0285 CV (JKS)

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Dan Maus, Case Management: 677-6123*

PROCEEDINGS: ORDER FROM CHAMBERS

This case arises from a bankruptcy proceeding. Debtors Bruce and Linda Romine obtained a chapter 7 discharge in November of 2001. On July 13, 2005, they filed a Complaint against Defendants for alleged violations of the discharge injunction, 11 U.S.C. § 524, the Federal Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq.*), the Federal Fair Credit Billing Act (15 U.S.C. § 1666), and for the common law tort of defamation. Plaintiffs have requested a jury trial. The Defendants do not consent to the jurisdiction of the bankruptcy court for trial of the non-core claims – that is, those claims not dependent upon the Bankruptcy Code for their existence, and could, therefore, proceed in a forum other than the bankruptcy court.

Because Defendants do not consent to a jury trial before the bankruptcy court, the bankruptcy court has moved, *sua sponte*, to withdraw the reference of this proceeding. Docket No. 1. The Motion is not opposed.

**IT IS THEREFORE ORDERED:**

This Court accepts the report and recommendation regarding the bankruptcy court's Motion to Withdraw the Reference. The Motion, at **Docket No. 1**, is **GRANTED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 16, 2005

* ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A05-0285--CV (JKS)

M. PARISE (BIRCH)
J. TRAVOSTINO (PRESTON)
T. BRUCE

M. EARNHART (LANE)
K. ODZA
U.S. TRUSTEE'S OFFICE
Cert cy to Bankruptcy Court

