IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE,<br><br>    Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) A05-0285 CV (TMB)<br>) |

## STIPULATION TO DISMISSAL WITH PREJUDICE
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

The parties having reached an amicable settlement, it is hereby stipulated by and between counsel for the plaintiffs and counsel for Experian Information Solutions, Inc., that Experian Information Solutions, Inc. shall be dismissed, with prejudice, as a defendant in the above-captioned matter. Each party shall bear its own costs and attorney's fees.

BAXTER BRUCE & SULLIVAN P.C.

DATED: February 3, 2006         By /s/ Daniel G. Bruce
                                                      Daniel G. Bruce
                                                      P.O. Box 32819
                                                      Juneau, AK  99803
                                                      Phone:  (907) 789-3166
                                                      Fax:  (907) 789-1913
                                                      E-mail:  dbruce@baxterbrucelaw.com
                                                      ABA No. 8306022
                                                      Attorney for Bruce and Linda Romine

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

```
                                          STOEL RIVES, LLP


DATED:  February 7, 2006            By  /s/ Kenneth M. Odza
                                       Kenneth M. Odza
                                       600 University, Suite 3600
                                       Seattle, WA  98101
                                       Phone:  (206) 386-7595
                                       Fax:  (206) 386-7500
                                       E-mail:  kmodza@stoel.com
                                       ABA No. 9507038
                                       Attorney for Experian Information
                                         Solutions, Inc.
```

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913