IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRUCE ALLEN ROMINE and LINDA LOU ROMINE,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

A05-0285 CV (TMB)

### *PROPOSED*
### ORDER OF DISMISSAL WITH PREJUDICE
### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

The plaintiff and defendant Experian Information Solutions, Inc. having stipulated that they have amicably settled their differences and that Experian Information Solutions, Inc. should be dismissed from this action,

IT IS HEREBY ORDERED that Experian Information Solutions, Inc. is hereby dismissed, with prejudice, as a defendant in the above-captioned matter.  Each party shall bear its own costs and attorney's fees.

DATED this ____ day of February, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

Serve:  D. Bruce (Romine)
         J. Travostino (GMAC)
         W. Earnhart (Far West)
         M. Parise (Trans Union)
         K. Odza (Experian)

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913