IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE, <br><br> Plaintiffs, <br><br> v. <br><br> GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) A05-0285 CV (TMB) <br> ) |

### STIPULATION TO DISMISSAL WITH PREJUDICE
### DEFENDANT TRANS UNION, LLC

The parties having reached an amicable settlement, it is hereby stipulated by and between counsel for the plaintiffs and counsel for Trans Union, LLC, that Trans Union, LLC shall be dismissed, with prejudice, as a defendant in the above-captioned matter. Each party shall bear its own costs and attorney's fees.

BAXTER BRUCE & SULLIVAN P.C.

DATED: February 3, 2006          By /s/ Daniel G. Bruce
                                                            Daniel G. Bruce
                                                            P.O. Box 32819
                                                            Juneau, AK  99803
                                                            Phone:  (907) 789-3166
                                                            Fax:  (907) 789-1913
                                                            E-mail:  dbruce@baxterbrucelaw.com
                                                            ABA No. 8306022
                                                            Attorney for Bruce and Linda Romine

*Sidebar:* BAXTER BRUCE & SULLIVAN P.C. / P.O. Box 32819, Juneau Alaska 99803 / Ph: (907) 789-3166 / Fax: (907) 789-1913

|  |  |  |
|---|---|---|
| 1 |  | BIRCH, HORTON, BITTNER AND CHEROT |
| 2 |  |  |
| 3 | DATED: January 24, 2006 | By  /s/  Michael J. Parise |
| 4 |  | Michael J. Parise, ABA No. 7906044 |
| 5 |  | 1127 W. 7th Avenue |
|  |  | Anchorage, AK  99501 |
| 6 |  | Phone:  (907) 276-1550 |
| 7 |  | Fax:  (907) 276-3680 |
|  |  | E-mail:  mparise@bhb.com |
| 8 |  | ABA No. 7906044 |
| 9 |  | Attorney for Trans Union, LLC |

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913