IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE,<br><br>    Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | ))))))))))))))) A05-0285 CV (TMB) |

### *PROPOSED*
### ORDER OF DISMISSAL WITH PREJUDICE
### DEFENDANT TRANS UNION, LLC

The plaintiff and defendant Trans Union, LLC having stipulated that they have amicably settled their differences and that Trans Union, LLC should be dismissed from this action,

IT IS HEREBY ORDERED that Trans Union, LLC is hereby dismissed, with prejudice, as a defendant in the above-captioned matter. Each party shall bear its own costs and attorney's fees.

DATED this ____ day of February, 2006.

 

_____
Timothy M. Burgess
U.S. District Court Judge

Serve:  D. Bruce (Romine)
         J. Travostino (GMAC)
         W. Earnhart (Far West)
         M. Parise (Trans Union)
         K. Odza (Experian)

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913