JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 276-1969

Attorneys for Defendant GMAC Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE, et al.,<br><br>                           Plaintiffs,<br>v.<br>GMAC MORTGAGE CORPORATION, et al.,<br><br>                           Defendants. | Case No. A05-0285-CV (JKS)<br><br>**SUBSTITUTION OF COUNSEL** |

      Jennifer M. Coughlin (a partner with Preston Gates & Ellis LLP) hereby enters her appearance as counsel for Defendant GMAC Mortgage Corporation d/b/a ditech.com ("GMAC") in place of Joan Travostino (who is also a partner with Preston Gates & Ellis, LLP). GMAC requests that copies of all future filings and correspondence pertaining to the above-captioned case be directed to Ms. Coughlin at 420 L Street, Suite 400, Anchorage, Alaska 99501-1937.

      DATED at Anchorage, Alaska this 8th day of March, 2006.

                                          PRESTON GATES & ELLIS, LLP

                           By: /s/ Jennifer M. Coughlin
                                   Jennifer M. Coughlin, Alaska Bar No. 9306015
                                   Attorneys for Defendant GMAC
                                   Mortgage Corporation

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2006, a true copy of the foregoing was served on:

Daniel G. Bruce, BAXTER BRUCE & SULLIVAN, P.C., PO Box 32819, Juneau, AK 99803
(Attorneys for Plaintiffs)

William A. Earnhart, LANE POWELL, LLC, 301 W. Northern Lights Blvd., Ste. 301, Anchorage, AK 99503
(Attorneys for defendant Far West Credit Services)

by electronic means through the ECF system
to those parties listed on the Notice of Electronic filing.

By:      /s/ Jennifer M. Coughlin

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969