Daniel G. Bruce, Esq.
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska  99803
(907) 789-3166 - phone
(907) 789-1913 - fax
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE,<br><br>    Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) A05-0285 CV (TMB)<br>) |

## STATUS REPORT

This status report is made upon the order of the U.S. District Court that the plaintiffs file a joint status report. This identical report is being filed with the U.S. District Court and the Bankruptcy Court.

1.    There have been no service problems and no other parties are anticipated to be joined.

2.    This case originated with the U.S. Bankruptcy Court and the reference was withdrawn by order of that court due to Plaintiffs' demand for a jury trial and the failure of the Defendants to consent to such a trial in the Bankruptcy Court.

3.    Plaintiffs have entered into confidential settlement agreements with all defendants except for GMAC Mortgage Corporation d/b/a ditech.com (GMAC). Trans

Union, LLC and Experian Information Solutions, Inc. have been dismissed from the case. The settlement agreement between Far West Credit Services and the plaintiffs is nearly complete. The plaintiffs have signed the settlement agreement and release and stipulation for dismissal. Counsel for defendant Far West has indicated that he has requested the settlement check. The parties are just waiting for that exchange of the check and settlement documents to file the stipulation to dismiss with the U.S. District Court.

    4.    There are no pending motions.

    5.    Discovery has not been initiated due the settlements and the timing of the withdrawal.

    6.    Plaintiffs request the U.S. District Court to set this matter on for a pretrial scheduling conference so that they may move forward with the litigation of this case. Plaintiffs estimate that they would be ready for trial by October 15, 2006.

    7.    Plaintiffs believe that an early settlement conference perhaps in late April or early May of this year involving the remaining parties could lead to a prompt resolution of the case.

DATED this 9th day of March, 2006.

BAXTER BRUCE & SULLIVAN P.C.

By /s/ Daniel G. Bruce
Daniel G. Bruce, ABA No. 8306022
Attorney for Bruce and Linda Romine

The undersigned hereby certifies that a true and correct copy of the above was served on the parties below through ECF on March 10, 2006:

Jennifer M. Coughlin, Esq.
William Earnhart, Esq.
Kay Hill, U.S. Trustee
Joan Travostino, Esq.

By /s/ Daniel G. Bruce
Daniel G. Bruce