William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant, Far West Credit Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION, et al.,<br><br>                Defendants. | Case No. 3:05-cv-00285-TMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT FAR WEST CREDIT SERVICES** |

COME NOW the parties, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and stipulate that this action may be dismissed with prejudice as to defendant, FAR WEST CREDIT SERVICES. In accordance with Rule 41(a)(1), such dismissal shall be effective upon filing of this stipulation and without further order of court.

BAXTER BRUCE & SULLIVAN P.C.
Attorneys for Plaintiffs

DATED: ~~February~~ March 1, 2006

By [signature] Daniel G. Bruce
P. O. Box 32819
Juneau, AK 99803
Telephone: 907-789-3166
Facsimile: 907-789-1913
E-mail: baxterbrucelaw.com
ASBA No. 8306022

LANE POWELL LLC
Attorneys for Defendant, Far West Credit Services

DATED: ~~February~~ April 17, 2006

By _____
William A. Earnhart
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA No. 9411099

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 4-17-06
a true and correct copy of the foregoing
was served electronically on:

Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, AK 99803
(Attorneys for Plaintiffs)

Joan Travostino, Esq.
Preston Gates & Ellis, LLP
420 L St., Ste 400
Anchorage, AK 99501-1937
(Attorney for Defendant, GMAC Corporation)

and by regular U. S. Mail on

Michael J. Parise, Esq.
Birch, Horton, Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501-3399
(Attorney for Defendant, Trans Union, LLC)

Kenneth Odza
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(Of Attorneys for Defendant, Experian Information Solutions, Inc.)

121344.0001/153467.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631