Daniel G. Bruce, Esq.
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska  99803
(907) 789-3166 - phone
(907) 789-1913 – fax
dbruce@baxterbrucelaw.com
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE, <br><br> Plaintiffs, <br><br> v. <br><br> GMAC MORTGAGE CORPORATION d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | JOINT STATUS REPORT <br><br> A05-0285 CV (TMB) |

  Pursuant to the court's order of March 24, 2006, the parties file this joint settlement negotiation status report, advising the court that they are engaged in substantive settlement negotiations.  The parties expect these negotiations to be completed by June 1, 2006.

  DATED this 21st day of April, 2006.

                 BAXTER BRUCE & SULLIVAN P.C.


                 By  /s/ Daniel G. Bruce
                   ABA No. 8306022
                   P.O. Box 32819
                   Juneau, Alaska 99803
                   Phone: (907) 789-3166
                   Fax: (907) 789-1913
                   E-mail: dbruce@baxterbrucelaw.com
                   Attorney for Bruce & Linda Romine

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

|  |
|---|
| PRESTON GATES & ELLIS, LLP |
|  |
| By /s/ Jennifer M. Coughlin (w/ consent) |
|    ABA No. 9306015 |
|    P.O. Box 196612 |
|    Anchorage, AK 99501 |
|    Phone: (907) 276-1969 |
|    Fax: (907) 276-1365 |
|    E-mail: coughlin@prestongates.com |
|   Attorney for GMAC Mortgage Corp. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913