JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 276-1969

Attorneys for Defendant GMAC Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION, et al.,<br><br>                              Defendants. | Case No. A05-0285-CV (JKS)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

All other defendants having previously been dismissed, Plaintiffs Bruce Allen Romine and Linda Lou Romine and Defendant GMAC Mortgage Corporation, by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, each party to bear its own costs and attorney fees.

DATED this 26th day of June, 2006.

           PRESTON GATES & ELLIS, LLP

         By:   /s/ Jennifer M. Coughlin
           Jennifer M. Coughlin, Alaska Bar No. 9306015
           Attorneys for Defendant GMAC
           Mortgage Corporation

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

BAXTER BRUCE & SULLIVAN PC

By:   /s/ Daniel G. Bruce
     Daniel G. Bruce, Alaska Bar No. 8306022
     Attorneys for Plaintiffs Bruce and Linda
     Romine

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006, a true copy of
the foregoing was served on:

Daniel G. Bruce, BAXTER BRUCE & SULLIVAN, P.C., PO Box 32819, Juneau, AK 99803
(Attorneys for Plaintiffs)

by electronic means through the ECF system
to those parties listed on the Notice of Electronic filing.


By:    /s/ Jennifer M. Coughlin

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969