JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501
Telephone: (907) 276-1969

Attorneys for Defendant GMAC Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE ALLEN ROMINE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GMAC MORTGAGE CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. A05-0285-CV (JKS)<br><br>**(Proposed) ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　The parties having stipulated to the dismissal of the above captioned case with prejudice, and the Court being duly advised in the premises,

　　　IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

　　　DATED this ____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　United States District Judge.

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006, a true copy of
the foregoing was served on:

Daniel G. Bruce, BAXTER BRUCE & SULLIVAN, P.C., PO Box 32819, Juneau, AK 99803
(Attorneys for Plaintiffs)

by electronic means through the ECF system
to those parties listed on the Notice of Electronic filing.


By:  ____/s/ Jennifer M. Coughlin____

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969